[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10869
Non-Argument Calendar

_____

D.C. Docket No. 1:14-cr-00001-MW-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL J. CUSUMANO, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 28, 2017)

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Robert A. "Gus" Harper III, appointed counsel for Samuel J. Cusumano, Jr.,

in this direct criminal appeal, has moved to withdraw from further representation

of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cusumano's conviction and sentence are **AFFIRMED**.